**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Cari Fais, U.S.M.J. |
| v. | Mag. No. 26-09020 |
| ABHINANDAN VIG | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Robert Frazer, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Timothy M. Lanni, Assistant United States Attorney (timothy.lanni@usdoj.gov), in substitution for Benjamin D. Bleiberg, Assistant United States Attorney, who previously appeared in this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

*/s/ TIMOTHY M. LANNI*
By: Timothy M. Lanni
Assistant United States Attorney

Dated: October 27, 2026